UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

ROBERT GEIGER, on behalf of himself and all others similarly situated,

Plaintiff(s),

-against-

SUNSET MEDIA GROUP, LLC D/B/A SUNSET MEDIATION; SAL BENANTI and JOHN DOES 1-25,

Defendant(s).

---

Civil Case No.:
2:19-cv-21752-JMV-JBC

**MOTION FOR DEFAULT JUDGMENT**

Pursuant to Fed. R. Civ. P. 55(b)(2) Robert Geiger, individually and on behalf of all those similarly situated ("Plaintiff") hereby request the court to enter an order of default judgment against Sunset Media Group, LLC D/B/A Sunset Mediation and Sal Benanti. In support of this request, Plaintiff affirms that the parties against whom the judgment is sought:

1. are not an infant or incompetent person;
2. are not in the military service;
3. were properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;
4. have defaulted in appearance in the above captioned action.

Dated: June 22, 2020

s/ Ben A. Kaplan
Ben A. Kaplan, Esq. (NJ. Id. No. 0337712008)
CHULSKY KAPLAN LLC .
280 Prospect Ave. 6G
Hackensack, NJ 07601
(877) 827-3395 ex 102 telephone
(877) 827-3394 facsimile
Ben@chulskykaplanlaw.com